# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| USA<br><br>　　　　　　　　　　Plaintiff(s),<br>　　　　vs.<br>Zheng Song Guo<br><br>　　　　　　　　　　Defendant(s). | Case No. 3:20-mj-00289-MMS-1<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Daniel J. Collins                , hereby apply for permission to appear and
　　(name)

participate as counsel for Zheng Song Guo                , defendant          ,
　　　　　　　　　　　　　(Name of party)　　　　　　　　　　　　　　　(plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☒ I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
                              (Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE: May 25, 2020

*Daniel J. Collins* (signature)
_____
(Signature)

Daniel J. Collins
(Printed Name)

191 North Wacker Drive, Suite 3700
(Address)

Chicago, Illinois, 60606
(City/State/Zip)

312-569-1358
(Telephone Number)

daniel.collins@faegredrinker.com
(e-mail address)

<u>Consent of Local Counsel</u>*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip)

_____
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Daniel John Collins

Business Address: 191 North Wacker Drive, Suite 3700, Chicago, Illinois 60606
(Mailing/Street) (City, State, ZIP)

Residence: 562 Park Avenue, River Forest, Illinois 60305
(Mailing/Street) (City, State, ZIP)

Business Telephone: 312-569-1358    e-mail address: daniel.collins@faegredrinker

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Northern District of Illinois | 219 South Dearborn Street, Chicago, IL 60604 | 1994 |
| Central District of Illinois | 201 S. Vine Street, Urbana, IL 61802 | 2019 |
| Nebraska | 111 South 18th Plaza, Omaha, NE 68102 | 2014 |
| Southern District of New York | 500 Pearl Street, New York, NY 10007 | 2019 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: May 25, 2020

*Daniel J. Collins*
(Signature of Applicant)



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/25/2020

Re: Daniel John Collins
Attorney No. 6224698

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Daniel John Collins was admitted to practice law in Illinois on 11/10/1994; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar