

UNITED STATES DISTRICT COURT
District of Alaska

Brian D. Karth, Clerk of Court

| Federal Building, U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
| --- | --- | --- |
| 222 West 7th Ave., #4 | 101 12th Ave., Box 1 | 709 West 9th Ave. |
| Anchorage, AK 99513-7564 | Fairbanks, AK 99701-6283 | P.O. Box 020349 |
| 907-677-6100 | 907-451-5791 | Juneau, AK 99802-0349 |
|  |  | 907-586-7780 |

June 18, 2020

Joseph P. Kinneary U.S. Courthouse, Room 172
85 Marconi Boulevard
Columbus, Ohio 43215

Re: Song Guo Zheng
Our Case Number: 3:20-mj-00289-MMS
Your Case Number: 2:20-mj-00375-CMV

Dear Clerk:

**Initial Transfer Out**
Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return the original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**
Enclosed please find the original Probation Form 22 transferring the jurisdiction from the District of Alaska to your district. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order and docket sheet.

**Transfer In**
Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward the docketed original Probation Form 22, and certified copies of the charging document, Judgment & Commitment Order, and docket sheet for **only** this defendant.

**Rule 40 Removal Proceedings**
Enclosed please find certified copies of all documents and docket sheet from our court.

**Rule 20**
XX  Attached please find the original order transferring case to the District of Ohio as well as the documents. Please not several documents are sealed.

Please acknowledge receipt of these documents by returning a copy of the enclosed letter in the envelope provided.

Sincerely,

BRIAN D. KARTH
CLERK OF COURT


Brenda Kappler, Deputy Clerk